UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

PLEADRO JERMAINE SCOTT,

    Plaintiff,

v.                                                        Case No. 3:19cv4746-LC-HTC

C. CROSBY, et al.,

    Defendants.
_____/

## ORDER

This cause comes on for consideration upon the Magistrate Judge's Report and Recommendation dated March 5, 2020 (doc. 12). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). No objections have been filed.

Having considered the Report and Recommendation, I have determined that it should be adopted.

Accordingly, it is now **ORDERED** as follows**:**

1.    The Magistrate Judge's Report and Recommendation is adopted and incorporated by reference in this order.

2. Plaintiff's failure to protect claims against Defendants and his due process claim against Defendant Crosby are **DISMISSED WITHOUT PREJUDICE**.

3. The clerk is directed to terminate Captain McCabe as a defendant in this action.

4. This case is referred back to the chambers of Magistrate Judge Hope Thai Cannon for further proceedings.

**DONE AND ORDERED** this 26th day of March, 2020.

s/*L.A. Collier*
**LACEY A. COLLIER**
**SENIOR UNITED STATES DISTRICT JUDGE**