UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

PLEADRO JERMAINE SCOTT,

    Plaintiff,

v.                                                  Case No. 3:19cv4746-LC-HTC

C. CROSBY, et al.,

    Defendants.

_____/

## **ORDER**

The magistrate judge issued a Report and Recommendation on February 3, 2021 (ECF No. 120). The parties were furnished a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a *de novo* determination of the timely filed objections.

Having considered the Report and Recommendation, and the objections thereto, I have determined the Report and Recommendation should be adopted.

Accordingly, it is **ORDERED**:

1.    The magistrate judge's Report and Recommendation (ECF No. 120) is adopted and incorporated by reference in this order.

2.    Judgment be entered in favor of Crosby and King.

Case No. 3:19cv4746-LC-HTC

3. Crosby and King be terminated as defendants in this action.

**DONE AND ORDERED** this 19th day of February, 2021.

s/*L.A. Collier*
**LACEY A. COLLIER**
**SENIOR UNITED STATES DISTRICT JUDGE**

Case No. 3:19cv4746-LC-HTC