UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

PLEADRO JERMAINE SCOTT,

    Plaintiff,

v.                                                        Case No. 3:19cv4746-LC-HTC

C. CROSBY, et al.,

    Defendants.

_____/

## **ORDER**

The magistrate judge issued a Report and Recommendation on July 28, 2021 (ECF No. 154). The parties were furnished a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a *de novo* determination of the timely filed objections.

Having considered the Report and Recommendation, and the objections thereto, I have determined the Report and Recommendation should be adopted.

Accordingly, it is **ORDERED**:

1.    The magistrate judge's Report and Recommendation (ECF No. 154) is adopted and incorporated by reference in this order.

2.    Defendants Mitchell and Wall's motion for summary judgment (ECF Doc. 134) is GRANTED.

3. Judgment is entered in favor of Mitchell and Wall.

4. The clerk is directed to close this case.

**DONE AND ORDERED** this 5th day of August 2021.

*s/L.A. Collier*
**LACEY A. COLLIER**
**SENIOR UNITED STATES DISTRICT JUDGE**

Case No. 3:19cv4746-LC-HTC